IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 13 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

VS.

BOOKER TALLIEFERRO HILTON

CRIMINAL NO. 2:19CR40-KS-MTP-002

## ORDER OF MODIFICATION OF SUPERVISED RELEASE

On, January 11, 2023, the Court ordered a warrant to be issued for Hilton's arrest at the request of the United States Probation Office based on alleged violations of mandatory and standard conditions of supervised release. On January 19, 2023, an amended warrant was issued to include an alleged violation of the special condition of supervised release.

Specifically, on December 29, 2022, Hilton was arrested by the Petal Police Department and charged with a felony offense of Possession of a Controlled Substance and a misdemeanor offense of Possession of Drug Paraphernalia. He was also issued traffic citations for No Proof of Liability Insurance, No Driver's License, and Expired tag. A search of the vehicle to which Hilton was driving was conducted. Law enforcement discovered 6.21 grams of what appeared to be, methamphetamine inside the vehicle. A field test was then conducted that showed a positive result for methamphetamine. Hilton was booked into the Forrest County Correctional Center and, on January 1, 2023, posted bond. Upon release from custody, Hilton failed to contact this writer to notify of his contact with law enforcement. On January 19, 2023, Hilton provided a urinalysis sample which was presumptive positive for methamphetamine. Hilton admitted to using methamphetamine the previous night.

On February 2, 2023, a final revocation hearing was held before the Court. After hearing all the testimony, the Court found that Hilton was guilty of the traffic violations outlined above (and as outlined in a portion of Violation No. 1 in the Amended Petition for Warrant), as well as the alleged violations for failing to notify this writer of his contact with law enforcement within 72 hours (Violation No. 3 in the Amended Petition for Warrant) and for unlawful use of a controlled substance, namely methamphetamine, on January 19, 2023 (Violation No. 4 in the Amended Petition for Warrant).

The Court found Hilton not guilty of committing another federal, state, or local crime relating to the arrest for a felony offense of Possession of a Controlled Substance and a misdemeanor for possession of drug paraphernalia (a section Violation No. 1 of the Amended Petition for Warrant) and for unlawfully possessing a controlled substance, namely 6.21 grams of methamphetamine on December 29, 2022 (Violation No. 2 of the Amended Petition for Warrant).

During the final revocation hearing, based on the findings of guilt to several of the violations, the Court ordered that Hilton's conditions of supervised release be modified to include 60 days of home confinement without electronic monitoring. The Court ordered that Hilton be confined to his home with the exception of school, work, religious services, and medical appointments and that Hilton is to provide the U.S. Probation Office with a schedule of any said events.

Therefore, the Court finds this motion well taken and thus, orders the modification of supervised release as noted in the above paragraph.

SO ORDERED this the 13th Day of February, 2023.

_____
United States District Judge